STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

EDWARD H. KUBO, JR.
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 30 2001

at ___ o'clock and ___ min. ___ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR01 00031 SOM |
| Plaintiff, ) | INFORMATION |
| vs. ) | [18 U.S.C. § 2113(a)] |
| RICHARD K. MONIZ, ) | |
| Defendant. ) | |

INFORMATION

The United States Attorney charges that:

On or about January 18, 2001, in the District of Hawaii, **RICHARD K. MONIZ**, defendant herein, by intimidation, did take from the person and presence of another money belonging to, and in the care, custody, control, management, and possession of

the First Hawaiian Bank, Kapahulu Branch, a bank as defined in Title 18, United States Code, Section 2113(f).

All in violation of Title 18, United States Code, Section 2113(a).

DATED: January 30, 2001 at Honolulu, Hawaii.

_____
STEVEN S. ALM
UNITED STATES ATTORNEY

_____
ELLIOT ENOKI
FIRST ASSISTANT U.S. ATTORNEY

_____
EDWARD H. KUBO, JR.
ASSISTANT U.S. ATTORNEY

Untied States v. Richard K. Moniz;
Cr. No. _____
INFORMATION

2