**ORIGINAL**

POB. 12B
/93)

# United States District Court

### for the

## DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 9 2006

at __3__ o'clock and __30__ min. P M
SUE BEITIA, CLERK

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
#### (Probation Form 49, Waiver of Hearing is Attached)

Name of Offender:  RICHARD K. MONIZ        Case Number:  CR 01-00031SOM-01

Name of Sentencing Judicial Officer:    The Honorable Susan Oki Mollway
                                        U.S. District Judge

Date of Original Sentence: 1/7/2002

Original Offense:    BANK ROBBERY, in violation of 18 U.S.C. § 2113(a), a Class C
                     felony

Original Sentence:   Fifty-five (55) months imprisonment and three (3) years supervised
                     release with the following special conditions:  1) The defendant
                     shall participate in a substance abuse program, which may include
                     drug testing at the discretion and direction of the Probation Office;
                     2) The defendant is prohibited from possessing any illegal or
                     dangerous weapons; 3) The defendant shall provide the Probation
                     Office and the Financial Litigation Unit of the U.S. Attorney's Office
                     access to any requested financial information to include submitting
                     to periodic debtor's examinations as directed by the Probation
                     Office; 4) The defendant shall participate in a mental health
                     program at the discretion and direction of the Probation Office; and
                     5) The defendant shall cooperate in the collection of DNA as
                     directed by the Probation Officer.  The Court also ordered
                     that restitution of $207.91 is due immediately to First Hawaiian
                     Bank, Attention:  James F. Femia, P.O. Box 3200, Honolulu,
                     Hawaii 96847, and any remaining balance upon release from
                     confinement be paid during the period of supervision on an
                     installment basis according to the collection policy of the Probation
                     Office but at a rate of not less than 10 percent of his monthly gross
                     income.

Type of Supervision:  Supervised Release    Date Supervision Commenced: 1/14/2005

Prob 12B
(7/93)

2

## PETITIONING THE COURT

[✓]     To modify the conditions of supervision as follows:

General Condition:  That the defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervision, unless there is a positive drug test in which event the maximum shall increase up to one valid test per day (mandatory condition).

## CAUSE

The offender has a history of substance abuse beginning in junior high school. He previously abused cocaine, heroin, acid, marijuana, and crystal methamphetamine. The offender successfully completed treatment and was recently discharged from a substance abuse program on 1/31/2006.  However, according to the ruling in Stephens (United States v. Stephens, 9th Circuit 2005), the Court is required to order the number of drug tests outside of treatment.  Given the established relationship between substance abuse and criminal activity, controlling strategies to detect substance abuse and prompt intervention is recommended in this case.  Drug testing is the most reliable method for monitoring the offender's drug use.

The purpose for the modification is so that the Probation Office could continue to conduct random drug testing at the rate of up to eight (8) tests per month.  This schedule would allow the Probation Officer to fashion random drug testing designed to detect drug use while not allowing the offender to predict the test dates unless there is a positive drug test in which event the maximum shall increase to up to one valid drug test per day.  It is respectfully recommended that the Court modify the conditions of supervision.

Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release.  The subject waives his right to a hearing and to assistance of counsel.  The subject agrees to the modification of the conditions of supervised release.  The

Prob 12B
(7/93)

3

subject's attorney and the U.S. Attorney's Office have been notified of the proposed
modification and have no objections to the modification.

Respectfully submitted by,

MERILEE N. LAU
U.S. Probation Officer

Approved by:

GENE DeMELLO, JR.
Supervising U.S. Probation Officer

Date: 2/7/2006

THE COURT ORDERS:

[ ✓ ]    The Modification of Conditions as Noted Above
[  ]     Other

SUSAN OKI MOLLWAY
U.S. District Judge

2/9/06
Date

PROB 49
(5/96)

# United States District Court

### District of Hawaii

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release and/or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[ X ]     To modify the conditions of supervision as follows:

**General Condition:**     *That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervision, unless there is a positive drug test in which event the maximum shall increase to up to one valid test per day (mandatory condition).*

Witness: _Merilee N. Lau_
　　　　　MERILEE N. LAU
　　　　　U.S. Probation Officer

Signed: _Richard K. Moniz_
　　　　RICHARD K. MONIZ
　　　　Supervised Releasee

_2-1-2006_
Date